## Monongahela Navigation Company *v.* McKinley Coal Company, Appellant.

Argued Oct. 24, 1899. Appeal, No. 56, Oct. T., 1899, by defendant, from judgment of C. P. No. 3, Allegheny Co., Aug. T., 1897, No. 593, on verdict for plaintiff. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ. Affirmed.

OPINION BY MR. JUSTICE BROWN, December 30, 1899:

The sole question involved in this appeal has been considered and passed upon in the case of Monongahela Navigation Company v. John A. Wood and Samuel L. Wood, doing business as John A. Wood & Son, ante, p. 47, and for the reasons therein stated the judgment is affirmed.

---

## The Tide Coal Company, Appellant, v. Monongahela Navigation Company.

Argued Oct. 24, 1899. Appeal, No. 54, Oct. T., 1899, by plaintiff, from judgment of C. P. No. 3, Allegheny Co., Nov. T., 1896, No. 721, on verdict for defendant. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ. Affirmed.

OPINION BY MR. JUSTICE BROWN, December 30, 1899:

The sole question involved in this appeal has been considered and passed upon in the case of Monongahela Navigation Company v. John A. Wood and Samuel L. Wood, doing business as John A. Wood & Son, ante, p. 47, and for the reasons therein stated, the judgment is affirmed.